**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Electronic Privacy Information Center | * | |
| **Plaintiff,** | * | |
| **v.** | | **Case No.** ____________________ |
| USCIS, et al. | * | |
| **Defendant.** | * | |

**DISCLOSURE OF CORPORATE INTEREST**

**Check all that apply:**

☒ I certify, as party/counsel in this case that Electronic Privacy Information Center
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with ________________________________:
(name of party)

________________________________________________________________________.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

________________________________________________________________________.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

____________________________ and their states of citizenship:
(name of LLC party)

| | |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

09/01/2026
Date

/s/ Nikhel S. Sus
Signature

Nikhel S. Sus (Bar No. 31090)
Printed name and bar number

P.O. Box 14596, Washington, DC 20044
Address

nsus@citizensforethics.org
Email address

(202) 408-5565
Telephone number

(202) 508-5020
Fax number