*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION*

---

***Electronic Privacy Information Center***
***Plaintiff(s)***

***vs.*** **Case No: 8:26-cv-03457-PX**

***U.S. Citizenshhip and Immigration Service***
***Defendant(s)***

---

## *DECLARATION OF SERVICE*

*I, Vincent Piazza, a Private Process Server, depose and say:*

*That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief with Exhibit A, and Disclosure of Corporate Interest in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 09/02/2026 at 11:22 AM, I served Kelly O. Hayes, U.S. Attorney for the District of Maryland c/o Civol Process Clerk at 6406 Ivy Lane Suite 800, Greenbelt, MD 20770 with the Summons, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief with Exhibit A, and Disclosure of Corporate Interest by serving Reesha Wiley, Civil Process Clerk, authorized to accept service.*

*Reesha Wiley is described herein as:*

*Gender: Female Ethnicity: African American Age: 50 Weight: 150 Height: 5'3" Hair: Black*

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on 09/02/2026*

*Vincent Piazza*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:16763115*