**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 8:26-cv-03457-PX |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 105, and for the reasons explained in the accompanying memorandum of law, Plaintiff Electronic Privacy Information Center (EPIC) moves for summary judgment against Defendants United States Citizenship and Immigration Services (USCIS) and Department of Homeland Security (DHS) (collectively, the DHS Defendants) as to **Counts I, II, III, and IV** of Plaintiff's Complaint (ECF No. 1). For the reasons set forth in the accompanying Memorandum of Law, Plaintiff is entitled to summary judgment on Counts I, II, III, and IV. Because those Counts present pure questions of law for which there is no dispute of fact, these legal claims are suitable for resolution at this stage of litigation.

In support of this Motion, Plaintiff submits the attached Declarations of John B. Hill, Alan Butler, Lorraine Kisselburgh, and Anthony Nel. A Proposed Order is also attached.

Dated: September 3, 2026

Respectfully submitted,

/s/ Nikhel S. Sus

Nikhel S. Sus (Bar No. 31090)
John B. Hill**
Reuven Dashevsky**
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org
rdashevsky@citizensforethics.org

John Davisson*
Mayu Tobin-Miyaji*
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave. NW
Washington, D.C. 20036
(202) 483-1140
davisson@epic.org
tobin-miyaji@epic.org

R. Orion Danjuma*
Julia L. Torti*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
(202) 579-4582
orion.danjuma@protectdemocracy.org
jules.torti@protectdemocracy.org

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
(202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Jane Bentrott*
Shelby Teeter*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006
(202) 579-4582
jane.bentrott@protectdemocracy.org
shelby.teeter@protectdemocracy.org

*Counsel for Plaintiff*

* *Pro hac vice* motion forthcoming
** *Pro hac vice* motion filed