# Exhibit Q

STATECITIZENSHIPLISTS

