# Exhibit AA

John Hill <jhill@citizensforethics.org>

# RE: Conferral - EPIC v. USCIS, 8:26-cv-03457-PX (D. Md.)

**Shapiro, Elizabeth (CIV)** <Elizabeth.Shapiro@usdoj.gov> Wed, Sep 2, 2026 at 4:21 PM
To: Nikhel Sus <nsus@citizensforethics.org>, "Schopf, Joshua N (CIV)" <Joshua.N.Schopf@usdoj.gov>, "Deshields, Tarra (USAMD)" <Tarra.Deshields@usdoj.gov>, "rdashevsky@citizensforethics.org" <rdashevsky@citizensforethics.org>, "Pezzi, Stephen (CIV)" <Stephen.Pezzi@usdoj.gov>, "davisson@epic.org" <davisson@epic.org>, "jules.torti@protectdemocracy.org" <jules.torti@protectdemocracy.org>, "jhill@citizensforethics.org" <jhill@citizensforethics.org>, "sara.chimene-weiss@protectdemocracy.org" <sara.chimene-weiss@protectdemocracy.org>, "shelby.teeter@protectdemocracy.org" <shelby.teeter@protectdemocracy.org>, "jane.bentrott@protectdemocracy.org" <jane.bentrott@protectdemocracy.org>

All: In response to the two issues that were outstanding at the end of our call:

1. The commitment we make with respect to September 4 is (a) The DHS citizenship data portal will not go live September 4 and (b) We will give plaintiffs 48 hours' notice before it does.
2. We would oppose any motion to shorten or expedite the briefing schedule.

Best,

Betsy

-----Original Appointment-----
**From:** Shapiro, Elizabeth (CIV) **On Behalf Of** Nikhel Sus
**Sent:** Wednesday, September 2, 2026 9:24 AM
**To:** Schopf, Joshua N (CIV); Deshields, Tarra (USAMD); Pezzi, Stephen (CIV)
**Subject:** FW: Conferral - EPIC v. USCIS, 8:26-cv-03457-PX (D. Md.)
**When:** Wednesday, September 2, 2026 1:30 PM-2:15 PM America/New_York.
**Where:** https://meet.google.com/mcd-iefj-jci

-----Original Appointment-----
**From:** Nikhel Sus <nsus@citizensforethics.org>
**Sent:** Tuesday, September 1, 2026 1:07 PM
**To:** Nikhel Sus; rdashevsky@citizensforethics.org; davisson@epic.org; jules.torti@protectdemocracy.org; jhill@citizensforethics.org; Shapiro, Elizabeth (CIV); sara.chimene-weiss@protectdemocracy.org; shelby.teeter@protectdemocracy.org; jane.bentrott@protectdemocracy.org
**Subject:** Conferral - EPIC v. USCIS, 8:26-cv-03457-PX (D. Md.)
**When:** Wednesday, September 2, 2026 1:30 PM-2:15 PM America/New_York.
**Where:** https://meet.google.com/mcd-iefj-jci

**This event has been updated with a note:**
"Updating per email exchange"

**Changed:** time

CHANGED **When**

1:30pm – 2:15pm (Eastern Time - Wednesday Sep 2, 2026 New York)
~~9:30am – 10:15am (Eastern Time - Wednesday Sep 2, 2026 - New York)~~

**Guests**

- organizer Nikhel Sus

rdashevsky@citizensforethics.org

davisson@epic.org

jules.torti@protectdemocracy.org

jhill@citizensforethics.org

elizabeth.shapiro@usdoj.gov

sara.chimene-weiss@protectdemocracy.org

shelby.teeter@protectdemocracy.org

jane.bentrott@protectdemocracy.org

**View all guest info**

**Join with Google Meet**

**Meeting link**

meet.google.com/mcd-iefj-jci

**Join by phone**

+1 629-888-1445(US)
PIN: 314586018

More phone numbers

for elizabeth.shapiro@usdoj.gov **Reply**

Maybe | No | Yes

More options

Sent by Google Calendar

You are receiving this email because you are an attendee on the event.

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more