# Exhibit 1

21-48
Prescribed by Secretary of State
Sections 16.031(a), 16.036, Texas Election Code
9/2023

**Name: ANTHONY K. NEL**

**VUID:** [redacted]

## NOTICE OF CANCELLATION

Notice is hereby given that your voter registration has been cancelled in Denton County on

12-1-25
(Date)

The reason for cancellation was:

Check one:

_____ Receipt of request to cancel voter registration.

_____ Receipt of abstract of total mental incapacity or partially mentally incapacitated without the right to vote.

_____ Receipt of abstract of felony conviction.

_____ Receipt of abstract of judgment in an election contest that you were a disqualified voter.

_____ After examination of your registration under Sec. 16.033, Texas Election Code.

_____ Notice was received from the Secretary of State that you are currently registered to vote in another Texas county.

__X__ Failure to respond to Notice for Proof of Citizenship.

___ I received a change of address which indicated a new address outside this county. You will need to re-register in the county of your new address. Your registration is cancelled in this county.

You may request a hearing on the cancellation of your registration by submitting a written request for such hearing. If you request a hearing, a notice will be mailed to you setting forth the date of the hearing. The hearing will be scheduled within ten (10) days after your request or on a later date if you so request.

If after the hearing, the voter registrar determines that your registration shall remain cancelled, you are entitled to appeal the adverse decision issued by the voter registrar by petitioning for review in district court not later than the 30th day after the adverse decision is issued.

If you should have any questions regarding this cancellation, please contact me at (940) 349-3200.

Frank Phillips
Signature of Voter Registrar

701, Kimberly Dr., Ste. A100, Denton, TX 76208
Address of Voter Registrar

21-48
Prescribed by Secretary of State
Sections 16.031(a), 16.036, Texas Election Code
9/2023

**Name: ANTHONY K. NEL**
**VUID:** [redacted]

## *AVISO DE CANCELACIÓN*

*Por este medio se le notifica que con fecha de* 12-1-25 *(fecha) se ha cancelado su inscripción electoral en el Condado de Denton.*

*El motivo de dicha cancelación fue el siguiente:*

*Marcar una de las razones a continuación:*

____ *Se recibió una petición para cancelar su inscripción.*

____ *Se recibió el sumario de un fallo de incapacidad mental total o incapacidad mental parcial sin el derecho al voto.*

____ *Se recibió el sumario de una convicción de delito grave.*

____ *Se recibió el sumario referente a una disputa electoral en la que usted quedó descalificado/a como votante.*

____ *Después de haber revisado su inscripción electoral bajo la Sección 16.033 del Código Electoral de Texas*

____ *Se recibió un aviso de la Secretaría del Estado indicando que usted actualmente se encuentra inscrito/a en otro condado de Texas, para votar.*

X *No se recibió respuesta al Pedido de Comprobante de Ciudadanía.*

____ *He recibido un aviso de su cambio de domicilio a una nueva dirección fuera de este condado. Tendrá que volver a inscribirse en el condado donde se ubica su nueva dirección. Por ende, queda cancelada su inscripción en este condado.*

*Si desea una audiencia con respecto a la cancelación de su inscripción electoral, podrá pedirla por escrito. Si pide una audiencia, se le enviará por correo el aviso correspondiente comunicándole la fecha de la audiencia, misma que se llevará a cabo, en un plazo de 10 días después de haberla solicitado o, a petición suya, en fecha posterior.*

*Si al concluirse la audiencia el Registrador de Votantes resuelve que la cancelación de su inscripción deberá permanecer en vigor, usted tendrá el derecho de apelar la decisión contraria del Registrador de Votantes mediante petición de revisión judicial ante un tribunal de distrito, en un término no mayor de 30 días a partir de la fecha de emisión de la decisión contraria.*

*Si tiene alguna pregunta referente a esta cancelación, sírvase comunicarse conmigo llamando al (940) 349-3200.*

Frank Phillips
*Firma del Registrador de Votantes*

*701 Kimberly Dr., Ste. A100, Denton, TX 76208*
*Dirección del Registrador de Votantes*

Elections Administrator
Denton County
PO Box 1720
Denton, TX 76202

Presort
First Class Mail
ComBasPrice

US POSTAGE IMPITNEY BOWES
ZIP 76208 $ 000.68[6]
02 4W
0000385099 DEC 03 2025

1215912714 106201
ANTHONY K NEL
[redacted]
DENTON TX [redacted]

20 KJLDIMP 76209