**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 8:26-cv-03457-PX |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

In accordance with the foregoing Memorandum Opinion, it is, on this ____ day of ____________ 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Motion for Partial Summary Judgment filed by Plaintiff Electronic Privacy Information Center is hereby GRANTED.

2. Plaintiff is entitled to judgment as a matter of law as to Counts I, II, III, IV.

3. The Implementation Memo (Memorandum from Joseph B. Edlow, Director, U.S. Citizenship and Immigration Services for the DHS Secretary, Executive Order 14399 Implementation (June 8, 2026), Hill Decl. ¶ 4, Ex. A), as well as the associated course of action, policies, and agreements, are vacated and set aside.

4. Defendants U.S. Citizenship and Immigration Service (USCIS) and Department of Homeland Security (DHS) (collectively "DHS Defendants") and their officers, agents, servants, employees, and attorneys, and all persons acting in concert or participation with them, shall

immediately cease and reverse all actions taken pursuant to the Implementation Memo, including dismantling the Portal; disgorging and unlinking all associated data; and withdrawing all associated policies and agreements.

5. It is further DECLARED that the DHS Defendants' Implementation Memo, as well as the associated course of action, policies, and agreements, are unlawful and contrary to the Administrative Procedure Act, the Privacy Act, and the Social Security Act.

6. The Clerk is directed to transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

__________________________________
HON. PAULA XINIS
United States District Judge