**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

ELECTRONIC PRIVACY INFORMATION CENTER,

Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

Defendants.

Case No. 8:26-cv-03457-PX

**ORDER GRANTING PLAINTIFF'S MOTION TO EXPEDITE CONSIDERATION OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of Plaintiff's Motion to Expedite Consideration of Plaintiff's Motion for Partial Summary Judgment, and all responses to and submissions in support thereof, it is, on this 4th day of September 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Motion to Expedite Consideration of Plaintiff's Motion for Partial Summary Judgment (ECF No. 8) filed by Plaintiff Electronic Privacy Information Center is hereby GRANTED;

2. The briefing schedule for the underlying Motion for Partial Summary Judgment (ECF No. 7) is expedited as follows:

- Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment is due by September 10, 2026; and
- Plaintiff's Reply to DHS Defendants' Opposition is due by September 17, 2026; and

3. The Clerk is directed to transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

__9/4/26___
Date

_______________/s/___________________
HON. PAULA XINIS
United States District Judge