# Exhibit 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 8:26-cv-03457-PX |

**<u>DECLARATION OF MICHAEL MAYHEW</u>**

1. My name is Michael Mayhew. I serve as Deputy Associate Director of the Immigration Records and Identity Services (IRIS) Directorate within U.S. Citizenship and Immigration Services (USCIS), which is a component of the Department of Homeland Security (DHS). I have served in this position since February 2022.

2. In my professional capacity as the Deputy Associate Director of IRIS, I am responsible for the management of USCIS's immigration records and identity services portfolio.

3. The following declaration is based on my personal knowledge and information that I acquired in my official capacity and in the performance of my official functions.

4. DHS and USCIS are in receipt of Executive Order 14,399, Ensuring Citizenship Verification and Integrity in Federal Elections, issued on March 31, 2026.

5. Executive Order 14,399 requires USCIS to facilitate citizenship verification by state election officials and enhance the integrity of federal elections, including helping to prevent non-citizens from voting, and improving the accuracy of voter eligibility records.

6. On June 8, 2026, the Secretary approved a memorandum regarding the implementation of Executive Order 14,399. Under the memorandum, the Secretary authorized:

a. A technological approach to establishing the infrastructure required to allow States to securely receive citizenship information from DHS, the Social Security Administration (SSA), and the Department of State (DOS) to be delivered by June 30, 2026;

b. A phased plan to develop and implement citizen-facing portal capabilities to allow individuals to access and update or correct their records later in 2026; and

c. Preliminary conversations with the U.S. Postal Service (USPS) concerning potential data-sharing arrangements and potential coordination should USPS finalize its rulemaking process.

7. On June 25, 2026, the U.S. District Court for the District of Massachusetts in in *State of California v. Trump,* No. 26-11581 (D. Mass.), issued an Opinion and Order declaring Sections 2 and 3 of the Executive Order legally void, including enjoining DHS and USCIS from "taking any steps to create a new federal program to superintend and control Plaintiff States' maintenance of their voter rolls" as applied to the upcoming November 3, 2026 election or any earlier federal election for Plaintiff States.

8. DHS and USCIS immediately stopped all work on developing and implementing a technical solution for producing the citizenship lists for all states, including non-Plaintiff states.

9. On August 24, 2026, the injunction was lifted by the Supreme Court, *Trump v. California*, 609 U.S. ____ (2026), and USCIS was authorized to resume work on implementation of the Executive Order.

10. USCIS is still working to develop new technical infrastructure, including building out the capability to deliver DHS citizenship data to state election officials. This work is not complete, and no implementation date has been set.

11. On June 10, 2026, a "coming soon" webpage for the State Citizenship List Portal inadvertently went live and was accessible by the public. The webpage was just a placeholder landing page and was not useable. USCIS removed the webpage on August 31, 2026, when alerted to the fact it could be viewed outside of the agency.

12. To date, USCIS has not shared any data related to the State Citizenship Lists or Executive Order 14,399 with individual states.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that, as of the date of this declaration, the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of September 2026 in Charleston, South Carolina.

MICHAEL X MAYHEW
Digitally signed by MICHAEL X MAYHEW
Date: 2026.09.10 19:41:04 -04'00'

MICHAEL X. MAYHEW
Deputy Associate Director
Immigration Records and Identity Services Directorate
United States Citizenship and Immigration Services