# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 8:26-cv-03457-PX |

**DECLARATION OF JESSICA BURNS MACBRIDE**

I, Jessica Burns MacBride, hereby declare upon penalty of perjury:

1. I am the Head of Program Policy and Data Exchange at the Social Security Administration (SSA), in Woodlawn, Maryland, and I have served in this role since September 4, 2025. I am a Career Senior Executive.

2. In my role as Head of Program Policy and Data Exchange, I am responsible for leading and overseeing efforts related to SSA's program policy and data sharing initiatives, including but not limited to federal inter-agency data exchanges contemplated by Executive Orders.

3. This declaration outlines the current status of SSA's efforts in response to Executive Order 14,399, *Ensuring Citizenship Verification and Integrity in Federal Elections*, signed on March 31, 2026. These statements are made with my personal knowledge and review of documents and information furnished to me in the course of my official duties.

4. To date, the only actions taken by SSA related to Executive Order 14.399 have been intra and interagency deliberations regarding possible implementation of the Executive Order. Those deliberations have included considerations of feasibility and legality, including but not limited to the Privacy Act of 1974, as contemplated by Sections 2(a) and 7(b) of the Executive Order.
5. Beyond deliberative discussions, SSA has not taken any actions to implement Executive Order 14,399.
6. SSA has not sent any state citizenship list data to the Department of Homeland Security under Section 2 of the Executive Order or otherwise made any disclosures pursuant to Sections 2 or 4 of the Executive Order.
7. SSA has not yet made any final decisions about its role in implementation of Executive Order 14,399.

I declare the foregoing to be true and correct, upon penalty of perjury.

Date: __9/9/2026________ Signed: ____Jessica Burns MacBride__________

Jessica Burns MacBride
Head
Program Policy and Data Exchange
Social Security Administration