**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER., <br><br> Plaintiff, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | No. 8:26-cv-03457-PX |

## NOTICE

Defendants submit the attached document, filed in United States District Court for the District of Columbia in the cases of *DSSC v. Trump*, 26-cv-01114-CJN, *League Of United Latin American Citizens v. Executive Office of the President*, 26-cv-01132-CJN and *NAACP v. Trump*, 26-cv-01151-CJN.

Dated: September 24, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendants*