**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DSCC, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:26-cv-01114-CJN

LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,

Plaintiffs,

v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,

Defendants.

Case No. 1:26-cv-01132-CJN

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:26-cv-01151-CJN

**NOTICE**

Federal Defendants in the above-captioned matters respectfully submit the following notice regarding recent developments in this matter:

On September 22, 2026, the Department of State provided advanced notice to the Committee on Oversight and Government Reform of the House of Representatives, and the Committee on Homeland Security and Governmental Affairs of the Senate, of a proposed modification to the System of Records ("SORN") which permits sharing information contained in the Passport Services Records system, State-26.

The proposed SORN updates the previous SORN, published at 80 Fed. Reg. 15,653 on March 24, 2015, and modifies it in several ways. Among these modifications, proposed new routine uses (u) and (v) reflect new OMB guidance regarding breach notification. Proposed new routine use (w) permits information sharing with various entities utilizing federal government verification platforms, for the purpose of verifying the identity or citizenship for users accessing government websites and applications, voter eligibility, and other governmental services.

Consistent with OMB Circular A-108, OMB and Congress must be provided at least 30 days' notice prior to the submission of the notice to the *Federal Register* for publication. As a result, the earliest possible date the SORN will be published in the *Federal Register* is 30 days from today's transmission. Pursuant to 5 U.S.C. § 552a(e)(4) and (11), the SORN will be effective upon publication, with the exception of the routine uses (u), (v), and (w) that are subject to a 30-day period during which interested persons may submit comments to the Department of State.

Dated: September 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Michael S. Polito*
STEPHEN M. PEZZI
D.C. Bar. No. 995500
*Chief Litigation Counsel*
MICHAEL S. POLITO
D.C. Bar No. 90041172
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 288-5180
E-mail: michael.s.polito@usdoj.gov

*Counsel for Federal Defendants*